IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| THE ATLANTA CHANNEL, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | Civil Action No. 1:20-cv-160 |
| ) | |
| ) | |
| HENRY A. SOLOMON, ET AL., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's Motion to Transfer is GRANTED. This case shall be transferred to the United States District Court for the District of Columbia.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
June 29, 2020